UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>THOMAS C. COLLUM, JR.,<br>a/k/a Thomas Callum, Thomas Curtis Collum, Thomas Curtis Collum, Jr., Tommy Collum, Thomas Colum, Christopher J. Stewart,<br><br>                Defendant. | No. CR-08-0178-LRS-3<br><br>ORDER CORRECTING CLERICAL ERROR |

      The Court finds the Motion to Correct Clerical Error in Judgment (ECF No. 400) should be granted for the reasons expressed by counsel for both parties. Accordingly, an Amended Judgment reflecting the correction is being entered simultaneous herewith.

      Dated this 8th day of July, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT COURT JUDGE

ORDER - 1